**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Ricardo Franks, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:12-cv-10968-RWZ |
| | : |
| J.A. Cambece Law Office, P.C.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 10, 2012

    Respectfully submitted,

    PLAINTIFF, Ricardo Franks

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    B.B.O. No.: 650671
    **LEMBERG & ASSOCIATES L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By /s/ Sergei Lemberg
                                                      Sergei Lemberg