**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Ricardo Franks, | : |
|                 Plaintiff, | :    Civil Action No.: 1:12-cv-10968-RWZ |
| v. | : |
| J. A. Cambece Law Office, P.C.; and DOES 1-10, inclusive, | : |
|                 Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Ricardo Franks ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 15, 2012

                                                        Respectfully submitted,

                                                        By: /s/ Sergei Lemberg

                                                        Sergei Lemberg, Esq.
                                                        BBO No.: 650671
                                                        Lemberg & Associates L.L.C.
                                                         1100 Summer Street, 3rd Floor
                                                        Stamford, CT 06905
                                                        Telephone: (203) 653-2250
                                                        Facsimile: (203) 653-3424
                                                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 15, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By /s/ Sergei Lemberg
                 Sergei Lemberg